IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | | PLAINTIFF |
| v. | Case No. 4:22-cv-00820-KGB | |
| BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., *et al.* | | DEFENDANTS |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered in favor of defendants Brinker International Payroll Company, L.P. ("BIPC"), Brinker International, Inc. ("BI"), and Brinker Arkansas, Inc. ("BA") d/b/a Chili's Grill & Bar's on plaintiff Equal Employment Opportunity Commission's ("the Commission") claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*. ("Title VII"). The Court dismisses the Commission's claims with prejudice; the relief requested is denied.

It is so adjudged this 30th day of September, 2025.

_____
Kristine G. Baker
Chief United States District Judge